# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **Nice Glass, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 4:18-cv-01833-UNA** |
| **vs.** ) | |
| ) | |
| **Coll Financial Holdings, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On October 26, 2018, due to electronic case opening, the above numbered case was inadvertently opened in error.   Therefore, this case will be administratively closed.

Case No. 4:18-cv-01833-UNA is hereby administratively closed.

Dated this 29th day of October, 2018.

GREGORY J. LINHARES,
CLERK OF COURT

By: /s/ Michele Crayton
      Court Services Manager